Decided October 10, 1996

BRIAN J. FOLEY *v.* HUNTINGTON COMPANY ET AL.

The petition by the defendants Southport Manor Convalescent Center, Inc., and Albert Garofalo for certification for appeal from the Appellate Court, 42 Conn. App. 712 (AC 13331), is denied.

*James T. Shearin* and *Dion W. Moore,* in support of the petition.

*Louis R. Pepe* and *Thomas J. Rechen,* in opposition.

Decided October 10, 1996

STATE OF CONNECTICUT *v.* KENNETH J. JURGENSEN

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 751 (AC 13607), is denied.

*Reed D. Rubenstein* and *Daniel S. Blinn,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.